Form 1. **VOLUNTARY PETITION**

| UNITED STATES BANKRUPTCY COURT<br>WESTERN DISTRICT OF MICHIGAN | **VOLUNTARY PETITION** |
|---|---|

| IN RE (Name of debtor-if individual, enter: Last, First, Middle)<br>**LINDSLEY, CRAIG** | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle) |
|---|---|
| ALL OTHER NAMES used by the debtor in the last 6 years (include married, maiden, and trade names) | ALL OTHER NAMES used by the joint debtor in the last 6 years (include married, maiden, and trade names) |
| SOC. SEC./TAX I.D. NO. (If more than one, state all)<br>XXX-XX-0691 | SOC. SEC./TAX I.D. NO. (If more than one, state all) |

STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)
7696 S. 5TH
MATTAWAN, MI 49071

COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS
Kalamazoo ~~VAN BUREN~~

STREET ADDRESS OF JOINT DEBTOR (No. & street, city, state, zip code)

COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS

MAILING ADDRESS OF DEBTOR (if different from street address)

MAILING ADDRESS OF JOINT DEBTOR (if different from street address)

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (if different from addresses listed above)

VENUE (Check one box)
■ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

TYPE OF DEBTOR
■ Individual
☐ Joint (Husband & Wife)
☐ Partnership
☐ Other:
☐ Corporation Publicly Held
☐ Corporation Not Publicly Held
☐ Municipality

NATURE OF DEBT
■ Non-Business/Consumer   ☐ Business - Complete A & B below

A. TYPE OF BUSINESS (Check one box)
☐ Farming    ☐ Transportation    ☐ Commodity Broker
☐ Professional    ☐ Manufacturing/Mining    ☐ Construction
☐ Retail/Wholesale    ☐ Real Estate
☐ Railroad    ☐ Stockbroker    ☐ Other Business

B. BRIEFLY DESCRIBE NATURE OF BUSINESS

CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box)
■ Chapter 7    ☐ Chapter 11    ☐ Chapter 13
☐ Chapter 9    ☐ Chapter 12    ☐ Sec. 304 - Case Ancillary to Foreign Proceeding

FILING FEE (Check one box)
■ Filing fee attached
☐ Filing fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b): see Official Form No. 3.

NAME AND ADDRESS OF LAW FIRM OR ATTORNEY
Joseph C. McCully, Jr. (P28367)
P.O. Box 19937
Kalamazoo, MI 49019-0937
Telephone No.   269/372-3521

NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR

☐ Debtor is not represented by an attorney

STATISTICAL/ADMINISTRATIVE INFORMATION (28 U.S.C. § 604)
(Estimates only) (Check applicable boxes)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors
■ Debtor estimates that after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

ESTIMATED NUMBER OF CREDITORS
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

ESTIMATED ASSETS (in thousands of dollars)
| Under 50 | 50-99 | 100-499 | 500-999 | 1000-9999 | 10,000-99,999 | 100,000-over |
|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

ESTIMATED LIABILITIES (in thousands of dollars)
| Under 50 | 50-99 | 100-499 | 500-999 | 1000-9999 | 10,000-99,999 | 100,000-over |
|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

ESTIMATED NO OF EMPLOYEES - CH. 11 & 12 ONLY
| 0 | 1-19 | 20-99 | 100-499 | 1000-over |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

ESTIMATED NO OF EQUITY SECURITY HOLDERS - CH. 11 & 12 ONLY
| 0 | 1-19 | 20-99 | 100-499 | 1000-over |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

THIS SPACE FOR COURT USE ONLY

MAR -8 2004

Name of Debtor _____CRAIG LINDSLEY_____

Case No. _____
(if known)

## FILING OF PLAN

For Chapter 9, 11, 12 and 13 cases only. Check appropriate box.
☐ A copy of debtor's proposed plan dated _____ is attached.
☐ Debtor intends to file a plan within the time allowed by statute, rule or order of the court

### PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (if more than one, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| None | | |

### PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR (If more than one, attach additional sheet.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

### REQUEST FOR RELIEF

Debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

### SIGNATURES

Attorney

X _____[signed]_____     Date  3-4-04
Signature of Attorney     Joseph C. McCully, Jr.

**INDIVIDUAL/JOINT DEBTOR(S)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

X _____[signed Craig Lindsley]_____
Signature of Debtor    CRAIG LINDSLEY

Date _____

X _____
Signature of Joint Debtor

Date _____

**CORPORATE OR PARTNERSHIP DEBTOR**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that the filing of this petition on behalf of the debtor has been authorized.

X _____
Signature of Authorized Individual

_____
Print or Type Name of Authorized Individual

_____
Title of Individual Authorized by Debtor to File this Petition

Date _____

### EXHIBIT "A" (To be completed if debtor is a corporation requesting relief under chapter 11.)
☐ Exhibit "A" is attached and made a part of this petition.

### TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 98-353 § 322)

I am aware that I may proceed under chapter 7, 11, or 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7 of such title.
If I am represented by an attorney, exhibit "B" has been completed.

X _____[signed Craig Lindsley]_____     Date _____
Signature of Debtor    CRAIG LINDSLEY

X _____     Date _____
Signature of Joint Debtor

### EXHIBIT "B" (To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____[signed]_____     Date  3-4-04
Signature of Attorney     Joseph C. McCully, Jr.

# STATEMENT PURSUANT TO RULE 2016(b)

## UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF MICHIGAN

In re: CRAIG LINDSLEY

                    Debtor(s)          Case No.: _____

[set forth here all names including trade names used by Debtor within last 6 years].

Social Security Number _____

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1) The undersigned is the attorney for the debtor(s) in this case.

(2) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:    $ 550
    (a) for legal services rendered or to be rendered in contemplation of and in connection with this case    $ 209
    (b) prior to filing this statement, debtor(s) have paid    $ 550
    (c) the unpaid balance due and payable is $ 0

(3) $ 209 of the filing fee in this case has been paid.

(4) The services rendered or to be rendered include the following:
    (a) analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
    (b) preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
    (c) representation of the debtor(s) at the meeting of creditors.

(5) The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

(6) The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

(7) The undersigned has received no transfer, assignment or pledge of property except the following for the value stated:

(8) The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

Respectfully submitted, _____
                                         Attorney for Petitioner

Attorney's name and address    Joseph C. McCully, Jr., 7021 W. Main, Kalamazoo, MI 49009

UNITED STATES BANKRUPTCY COURT
NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the Federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. **Neither the judge nor the court's employees may provide you with legal advice.**

**CHAPTER 7: LIQUIDATION: $200**
1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.
2. Under Chapter 7 a trustee takes possession of all your property. You may claim certain items of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.
3. The purpose of filing a Chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.
4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, debts fraudulently incurred, debts for willful and malicious injury to a person or property, and debts arising from a drunk driving judgement.
5. Under certain circumstances you may keep property that you have purchased subject to a valid security interest. Your attorney can explain the options that are available to you.

**CHAPTER 13: REPAYMENT OF ALL OR PART OF THE DEBTS OF AN INDIVIDUAL WITH REGULAR INCOME: $185**
1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for Chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2. Under Chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually the period allowed by the court to repay your debts is three years, but not more than five years. Your plan must be approved by the court before it can take effect.
3. Under Chapter 13, unlike Chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.
4. After completion of payments under your plan, your debts are discharged except alimony and support payments, certain kinds of taxes owed for less than three years, and long term secured obligations.

**CHAPTER 11: REORGANIZATION ($830 FILING FEE)**
Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision for an individual to file a Chapter 11 petition should be reviewed with an attorney.

**CHAPTER 12: FAMILY FARMER ($230 FILING FEE)**
Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to a Chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family owned farm.

**DEBTOR'S ACKNOWLEDGMENT OF RECEIPT**

I have received a copy of this notice.


_____
CRAIG LINDSLEY, Debtor


_____
Codebtor

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN   Case No. _____

In re: ___CRAIG LINDSLEY_____,   Chapter _____
Debtor

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I, the debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. My intention with respect to the property of the estate which secures those consumer debts is as follows:

    a. Property to Be Surrendered.

| | Description of Property | Creditor's name |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

    b. Property to Be Retained (Check applicable statement of debtor's intention concerning reaffirmation, redemption or lien avoidance.)

| | Description of property | Creditor's name | Debt will be reaffirmed pursuant to § 524(c) | Property is claimed as exempt and will be redeemed pursuant to § 722 | Lien will be avoided pursuant to § 522(f) and property will be claimed as exempt |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |

3. I understand that § 521(2)(B) of the Bankruptcy Code requires that I perform the above stated intention within 45 days of filing of this statement with the court, or within such additional time as the court, for cause, within such 45-day period fixes.

Date: _____   *[signature: Craig Lindsley]*_____
                                  CRAIG LINDSLEY
                                  Debtor                                CoDebtor